# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES--GENERAL**

Case No.  **8:25-cv-01148-DTB**                                                      Date: **September 5, 2025**

Title:  **Marisa Mox v. Kaiser Permanente, et al.**
================================================================

**DOCKET ENTRY**
================================================================

PRESENT:

**HON. DAVID T. BRISTOW, MAGISTRATE JUDGE**

| Rachel Maurice | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:                          ATTORNEYS PRESENT FOR DEFENDANT(S):
         None present                                                                  None present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE**

      On June 4, 2025, Defendants Kaiser Foundation Hospitals ("Kaiser") and Mary Ellen Clark ("Clark") appeared in this action, filing a Motion to Dismiss Plaintiff's Complaint ("Motion").  (Docket No. 11).  On June 16, 2025, Plaintiff filed a Notice of Non-Opposition and Intent to File First Amended Complaint. (Docket No. 18).  Plaintiff filed a First Amended Complaint on June 25, 2025.  (Docket No. 20).  On July 23, 2025, the parties stipulated to Plaintiff filing a Second Amended Complaint which the Court granted on July 24, 2025.  (Docket Nos. 23, 24).  Plaintiff's Second Amended Complaint ("SAC") was filed on July 29, 2025.  (Docket No. 25).  On August 26, 2025, after one extension of time, Defendant Kaiser filed an Answer to the SAC.  (Docket No. 30).

      The Court notes that Defendant Clark has not filed a response to the SAC nor has Defendant Carmen Ferrell ("Ferrell") been served.  Prior to issuing a case management conference, the parties are Ordered to Show Cause on or before **September 19, 2025**, as to why Defendant Clark's default has not been taken as well as why Defendant Ferrell has not been dismissed from this action.

      **IT IS SO ORDERED**.