ERIC V. LUEDTKE, ESQ.  SBN: 172360
LAW OFFICES OF ERIC V. LUEDTKE
3230 East Imperial Highway, Suite 208
Brea, California 92821
Telephone: (714) 579-1700
Email: eluedtkelaw@aol.com

Attorney for Plaintiff
MARISA MOX

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARISA MOX, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>KAISER PERMANENTE; KAISER FOUNDATION HOSPITALS, INC.; MARY ELLEN CLARK, an individual; CARMEN FERRELL, an individual, and DOES 1 through 20, inclusive,<br><br>Defendants. | ) **Case No.: 8:25-cv-01148-DTB**<br>)<br>) **STATUS REPORT OF CONTINUED**<br>) **PENDING BANKRUPTCY OF**<br>) **PLAINTIFF AND REQUEST TO**<br>) **CONTINUE OUT THE CASE**<br>) **MANAGEMENT CONFERENCE SET**<br>) **FOR JULY 16, 2026 SIXTY (60) DAYS**<br>) **PENDING TRUSTEE'S**<br>) **DETERMINATION OF WHAT LAW**<br>) **FIRM TO HIRE TO PURSUE**<br>) **PLAINTIFF'S CLAIM**<br>)<br>) [Orange County Superior Court,<br>  Case No. 30-2024-01444075-CU-WT-WJC] |

### STATUS OF THE CASE:

Plaintiff's attorney, Eric V. Luedtke, Esq. is filing this status report on behalf of Plaintiff to advise this court the current status of Plaintiff's bankruptcy case.  Counsel for the Bankruptcy Trustee, Jeff Golden of Golden Goodrich, LLP, and the parties have knowledge of the facts stated herein.

Currently, it is agreed by counsel for Plaintiff and Defendants that the Bankruptcy trustee currently still has control over Plaintiff's claims.  Attorney Eric V. Luedtke has been waiting months to be either be hired/retained by counsel for the Trustee for Plaintiff's claim or for counsel for the Trustee to retain other representation/another law firm for Plaintiff.

Unfortunately, same has not happened even though attorney Eric V. Luedtke, current counsel for Plaintiff, was told in late December (over six months ago) that the Trustee would make its decision

**STATUS REPORT OF CONTINUED PENDING BANKRUPTCY OF PLAINTIFF AND REQUEST TO CONTINUE OUT THE CASE MANAGEMENT CONFERENCE SET FOR JULY 16, 2026 FOR SIXTY (60) DAYS PENDING TRUSTEE'S DETERMINATION OF WHAT LAW FIRM TO RETAIN TO PURSUE PLAINTIFF'S CLAIM**

by January 15, 2026, as to whether it would retain Mr. Luedtke or another law firm to pursue Plaintiff's claims.  That deadline was not met by counsel for the Trustee.  Eric Luedtke reached out to counsel for the Trustee in Plaintiff's bankruptcy but a decision has not been reached as to what law firm to retain.  It is attorney Eric V. Luedtke's belief that the counsel for the Trustee will likely retain another law firm to pursue Plaintiff's claims. All parties and counsel for the bankruptcy trustee still agree that Plaintiff's counsel does not have the authority to proceed on this case without approval and an employment application being offered by the Trustee and an attorney employment package signed.

If/when another Law firm is hired by the Trustee to represent Plaintiff's claim, new counsel will need to set their own deadlines to pursue the case via a Rule 26(f) meeting and filing of the corresponding Joint Report.  Current Plaintiff and defense counsel still agree that due to the bankruptcy filing and the trustee not having hired counsel as of yet, nor made a determination of who they are going to hire and employ to pursue Plaintiff's claim, that both Plaintiff and defense counsel do not have the authority to submit an agreed upon Rule 26 Joint Report at this time.

### REQUEST TO CONTINUE HEARING FOR APPROXIMATELY 60 DAYS

Based upon the above, it is requested that the Court continue the current Status/Case Management Conference set for July 16, 2026 at 11:00 a.m. in Dept. 4 for at least 60 days primarily for the above reasons but also due to the fact that I, [Eric V. Luedtke, Esq]. have an MSC scheduled I Murrieta for the same day at 9:00 a.m and same was scheduled prior to the court setting the July 167, 2026 date in this matter.  Also, please note I, (Eric V. Luedetke will be out of the country from August 6 through August 26, 2026 and thus request a 60 day continuance compared to a 45 day continuance.  The sixty day continue will allow me to be back from vacation and will hopefully give counsel for the Trustee time to make a decision of who to hire and get an employment application out and an employment package signed.  It will likely take longer than 60 days for the new counsel time to meet and confer with defense counsel, have the appropriate meetings and file a Joint Rule 26 Report.

Dated:  JULY 8, 2026                                    LAW OFFICES OF ERIC V. LUEDTKE


By: *Eric Luedtke*_____
ERIC V. LUEDTKE
Attorney for Plaintiff, MARISA MOX

## PROOF OF SERVICE

I am a citizen of the United States over the age of 18 and not a party to the within entitled cause. My business address is 3230 E. Imperial Highway, Suite 208, Brea, California 92821. I am readily familiar with the business practice for collection and processing of correspondence. On this date, I caused to be served the following document(s);

**STATUS REPORT OF CONTINUED PENDING BANKRUPTCY OF PLAINTIFF AND REQUEST TO CONTINUE OUT THE CASE MANAGEMENT CONFERENCE SET FOR July 16, 2026 FOR SIXTY (60) DAYS PENDING TRUSTEE'S DETERMINATION OF WHAT TO DO WITH PLAINTIFF'S CLAIM**

() **Mail:** by placing a true copy thereof enclosed in a sealed envelope with first class postage thereon fully prepaid in the United States Post Office at Brea, California, addressed as set forth below. I am "readily familiar" with the Firm's practice for the collection and processing of mail. Under that practice such envelope(s) would be placed with the United States Postal Service on the date specified below with postage thereon fully prepaid at Brea, California in the ordinary course of business. *I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.*

() **Facsimile**: by causing a true copy thereof to be tele copied to the party at the facsimile number set forth below. The facsimile machine I used complied with rule 2003(3) and no error was reported by the machine. Pursuant to rule 2005(i), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

**(XX) By Electronic Service**: I caused such document(s) to be transmitted by electronic mail transmission to the person(s) and address(es) listed herein and/or their attorneys of record as stated below and/or on the attached service list to their known electronic mail address(es). The document(s) was/were transmitted by electronic mail.

Christian J. Rowley, Esq.
Tara Mirchandani, Esq.
SEYFARTH SHAW LLP
560 Mission Street, 31st Floor
San Francisco, California 94105
crowley@seyfarth.com
tmirchandani@seyfarth.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. EXECUTED ON JULY 8, 2026, at Brea, California.

*Jolene Cormier*
JOLENE CORMIER

**STATUS REPORT OF CONTINUED PENDING BANKRUPTCY OF PLAINTIFF AND REQUEST TO CONTINUE OUT THE CASE MANAGEMENT CONFERENCE SET FOR JULY 16, 2026 FOR SIXTY (60) DAYS PENDING TRUSTEE'S DETERMINATION OF WHAT LAW FIRM TO RETAIN TO PURSUE PLAINTIFF'S CLAIM**